UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ALFRED BELL (#179820)

VERSUS

WILLIE B. DOUGLAS, JR.

CIVIL ACTION NO.: 08-202-JVP-CN

## JUDGMENT

In accordance with the court's ruling of September 9, 2008;

IT IS ORDERED that this action is hereby **DISMISSED** without prejudice for failure of the plaintiff to pay the court's filing fee.

Baton Rouge, Louisiana, September 9, 2008.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA